. Petition of the NEW YORK CENTRAL RAILROAD COMPANY, Respondent, under Section 91 of the Railroad Law,* for an Order Determining that the Crossing at Grade in the City of Kingston, of Cornell Street, and the West Shore Railroad Company (Lessor) Shall Be Closed and Discontinued, and a New Piece of Street Be Constructed to Manor Avenue. UNITED STATES LACE CURTAIN MILLS, Appellant.— Order unanimously affirmed, with costs.

VILLAGE OF NEW PALTZ, Respondent, v. NEW PALTZ, HIGHLAND AND POUGHKEEPSIE TRACTION COMPANY, Appellant.— Motion denied.

AARON POCKROSE and Others, Respondents, v. ISRAEL SHAPIRO, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

GEORGE L. PATTERSON, Respondent, v. WILLA C. PATTERSON, Wife of GEORGE L. PATTERSON, and Others, Defendants. JOHN D. SCHOONMAKER, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. UNITED STATES RUBBER COMPANY, Appellant, v. WALTER H. KNAPP and Others, Constituting the State Tax Commission of the State of New York, Respondents.— Determination confirmed, with fifty dollars costs and disbursements. All concur, except Kiley, J., dissenting; Van Kirk, J., not sitting.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN HANKARD, Appellant.— Judgment of conviction and order unanimously affirmed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS CORBETT, Appellant.— Judgment unanimously affirmed.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EMELINE F. CLYDE, Relator, v. JAMES A. WENDELL, as Comptroller of the State of New York, Respondent.— Determination confirmed, with fifty dollars costs and disbursements. All concur, except John M. Kellogg, P. J., dissenting.

ELVER L. RICE, Doing Business under the Firm Name and Style of AMERICAN STANDARD JEWELRY COMPANY, Respondent, v. VENUS LEEDER, Appellant.— Judgment unanimously affirmed, with costs.

GEORGE WILLIAM BEACH, Appellant, v. A. BARTON HEPBURN, as Treasurer of SERBIAN CHILD WELFARE ASSOCIATION OF AMERICA, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements.